203 So.2d 87

Ecklin CHAUVIN, Jr.

v.

Wingate M. WHITE, Warden, Louisiana
State Penitentiary, et al.

No. 48925.

Oct. 20, 1967

Writ refused. Considering the return made by the Attorney General and the Parole Board's, there is no merit to the application.

203 So.2d 87

In re: METROPOLITAN CRIME COM-
MISSION et al.

No. 48923.

Oct. 20, 1967.

The application is denied. We find no error of law in the ruling complained of.

203 So.2d 87

In re: GRAND JURY SUBPOENA OF
DAVID L. CHANDLER.

No. 48933.

Oct. 20, 1967.

The application is denied. There is no error of law in the ruling of the trial judge.